# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SPRUNG INSTANT STRUCTURES, INC., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE RETREAT AT BEAR LAKE, LLC, an Idaho limited liability company,<br><br>Defendant. | Case No. 4:11-cv-00292-BLW<br><br>**ORDER FOR ISSUANCE OF WRIT OF POSSESSION AND WRIT OF EXECUTION** |

## ORDER APPROVING ISSUANCE OF WRIT OF POSSESSION AND WRIT OF EXECUTION

Upon consideration of the record before this Court and Sprung Instant Structures, Inc.'s ("Movant's") Application for Writ of Possession and Writ of Execution filed by Movant, Docket Nos. 18 & 19, executed by the counsel for the Plaintiff, the Court being informed and good cause existing;

**IT IS HEREBY ORDERED:**

The Applications are approved and the Clerk of the Court shall issue the Writ of Possession and Writ of Execution as to the monies and property. Pursuant to Fed. R. Civ. P. 62(a), the Clerk of the Court shall not issue the Writ of Possession and Writ of

Execution until fourteen (14) days after entry of the Default Judgment (Dkt. 16.), which was entered on October 5, 2011. Thus, the Clerk of the Court shall issue the writ on October 19, 2011.

DATED: October 13, 2011

B. Lynn Winmill
Chief Judge
United States District Court